Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
District of Eastern District

2023 JAN -6 PM 12:26

Division

Christina Brown
5740 North Carlin Springs
Arlington VA 22203

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Amazon LLC
440 Terry Ave N
Seattle, WA 98109

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23-CV-24-MSN-IDD
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christina Brown
   Street Address: 5740 North Carlin Springs
   City and County: Arlington VA 22203
   State and Zip Code
   Telephone Number: 703 570 6161
   E-mail Address: JusticeforpaushawnBrown@Gmail.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Amazon Corporate LLC
    Job or Title (if known):
    Street Address: 440 Terry Ave N
    City and County: Seattle
    State and Zip Code: WA, 98109
    Telephone Number: 206.266.1000
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 360 - Other Personal Injury Negligence Causing A Death

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



Please SEE Attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Please See Attachment

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-6-2023

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Christina Braun

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UNITED STATE DISTRICT COURT

PLAINTIFF:

Christina Brown

5740 North Carlin Springs Rd

Arlington VA 22203

2023 JAN -6 P 2: 34

Vs.

# DEFENDANT:

Amazon Headquarters LLC

440 Terry Ave N

Seattle, WA 98109

My sister Poushawn Brown worked at Amazon Warehouse for a duration of three years from 2018-2021. Her position ranged from delivery driver to package sorter. When the Pandemic happened in the year 2020 a new department was formed by Amazon Warehouse in June of 2020, and it was deemed the Safety Covid-19 Department where Poushawn Brown (my sister) was brought on as a Safety Champion.

As a Safety Champion, she was instructed by management to perform COVID-19 tests on other Amazon employees. In this position Poushawn was given no official form of training nor was she a licensed professional to be giving this type of test. She was, however, instructed by another employee (who also didn't have official training nor was a licensed professional) on how to insert a nose swab inside of other Amazon employees' noses. My sister was not a nurse nor Doctor nor did she have any type of medical training or background. My sister faithfully worked from Sunday to Thursday and her shift was from 9:30 AM to 6 PM every week. In her position as a Safety Champion in the Safety Covid-19 Department she was required to perform COVID-19 testing during a time when there was no vaccine available. The first COVID-19 vaccination wasn't available until December 14, 2020. She was not given an N-93 mask, there was no social distancing, she performed these tests without proper PPE supplies inside this facility. There was no plexiglass for protection no proper gloves nor proper face shield no proper N93 mask  My sister Poushawn Brown was complaining to management about employee's testing positive for COVID-19 and was extremely concerned about contracting this virus. Per her last conversation with management, she was worried because she was starting to experience some symptoms of having COVID-19. . She started feeling very sluggish, she started suffering from severe headaches, and she expressed how she started feeling weak in her body. Even though she wasn't feeling well she was still required to come to work. Because of Amazon's negligence my sister died January 8,2021 and on this day my family suffered a great loss. Amazon has broken the federal law that the FDA and CDC have put in place. My sister had no business administering COVID 19 testing on other Amazon employees' she was not a medical professional in any way. She was not certified nor qualified to administer Covid-19 testing without having any medical training at all.

The FDA and CDC 2020 -2022 stated that only licensed professionals can administer Covid-19 testing. Covid testing requires proper PPE equipment/supplies which means FEDERAL/STATE Laws have been broken.

I'm suing for the following Damages:

# In The Amount of $88,000,000.00

Pain and suffering of losing my sister

Emotional anguish this has caused my entire family, which includes my mother who is bedridden, my niece who is Poushawn Brown's daughter and myself.

- Grief and sorrow

- Funeral expenses

- Loss of services

Exemplary damages for my niece Poushawn Brown's daughter who is a autistic and requires special needs.

Christina Brown

5740 North Carlin Springs Rd

Arlington ,VA 22203

703 570 6161

Justiceforpoushawnbrown@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ DIVISION

Christina Brown

_____
Plaintiff(s),

v.

Amazon LLC

Civil Action Number: _1:23-cv-23_

_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Torts Civil suit_.
(Title of Document)

_Christina Brown_
Name of *Pro Se* Party (Print or Type)

_Christa Brown_
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)