IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Christina Brown | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-00024-MSN-IDD |
| Amazon LLC | ) ) ) | |
| Defendant | ) ) | |

### JUDGMENT

Pursuant to the Order of this Court entered on January 11, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Amazon LLC and against the Plaintiff Christina Brown.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 1/11/2023
Alexandria, Virginia